**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

LESLIE WILLIS,                 :   No. 41 WM 2018
                                            :
              Petitioner         :
                                            :
                                            :
              v.                  :
                                            :
                                            :
COURT OF COMMON PLEAS OF       :
ALLEGHENY COUNTY; ALLEGHENY     :
COUNTY DEPARTMENT OF COURT      :
RECORDS WILLS/ORPHANS' COURT    :
DIVISION (PROTHONOTARY),         :
                                            :
             Respondents      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2018, the Application for Leave to File Original Process, to the extent it seeks leave to file original process, is GRANTED. The "Application for Relief/Reply" and the Petition for Writ of Mandamus are DENIED.